```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  HARRISON DIVISION
```

**MARY L. McBRIDE**                                                          **PLAINTIFF**

       **v.**             **Civil No. 04-3019**

**THE PRUDENTIAL INSURANCE COMPANY**
**OF AMERICA**                                                               **DEFENDANT**

## J U D G M E N T

Now on this 9th day of February, 2007, for reasons set forth in an Order entered September 21, 2006, and on the basis of a Stipulation filed on February 5, 2007, the Court finds that plaintiff is entitled to past due disability benefits from defendant in the sum of $18,711.82.

For reasons set forth in an Order of even date herewith, the Court further finds that plaintiff is entitled to an attorney's fee of $3,250.00.

**IT IS THEREFORE ORDERED** that plaintiff have and recover from defendant the sum of Twenty-One Thousand Nine Hundred Sixty-One and 82/100 Dollars ($21,961.82), with interest thereon at the rate of 5.10% per annum until paid, for all of which execution may issue.

**IT IS SO ORDERED.**

                                                             /s/ Jimm Larry Hendren
                                                             **JIMM LARRY HENDREN**
                                                             **UNITED STATES DISTRICT JUDGE**