```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  HARRISON DIVISION
```

**MARY L. McBRIDE**                                                **PLAINTIFF**

       **v.**          **Civil No. 04-3019**

**THE PRUDENTIAL INSURANCE COMPANY**
**OF AMERICA**                                                     **DEFENDANT**

### O R D E R

Now on this 28th day of February, 2007, comes on for consideration plaintiff's **Unopposed Motion To Revive And Substitute Party** (document #42), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and James H. Coffman, Executor of the Estate of Mary L. McBride, Deceased, is hereby substituted as plaintiff in this matter.

**IT IS SO ORDERED.**

                                         /s/ Jimm Larry Hendren
                                       **JIMM LARRY HENDREN**
                                       **UNITED STATES DISTRICT JUDGE**