```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                  HARRISON DIVISION
```

JAMES H. COFFMAN, EXECUTOR OF THE
ESTATE OF MARY L. McBRIDE, DECEASED                    PLAINTIFF

      v.          Civil No. 04-3019

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA                                             DEFENDANT

## O R D E R

Now on this 28th day of February, 2007, comes on for consideration attorney Frederick Spencer's **Rule 60(b) Response To Order To Show Cause** (document #38).  The Court has considered this document carefully, and concludes that it does show good and sufficient cause why attorney Spencer should not be held in contempt and fined in this matter.

**IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE